**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Juana Melgoza,<br><br>　　　Plaintiff,<br><br>v.<br><br>GC Services, Limited Partnership,<br><br>　　　Defendant. | Case No. 4:08-CV-486-CAS<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

　　　Now come the parties, by and through counsel, to hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii), with each party to pay its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Hinshaw & Culbertson, LLP |
| By: /s/ Timothy J. Sostrin | By: /s/ with consent of Ashley L. Narsutis |
| Timothy J. Sostrin, Reg. # 1592956 | Ashley L. Narsutis, Reg. # 123368 |
| Sears Tower | Gateway One |
| 233 S. Wacker Drive, Suite 5150 | 701 Market Street, Suite 1300 |
| Chicago, IL 60606 | St. Louis, MO 63101-1843 |
| Telephone: 1.866.339.1156 | Telephone: 314-241-2600 |
| Fax: 312-822-1064 | Fax: 314-241-7428 |
| tjs@legalhelpers.com | anarsutis@hinshawlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2009, a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Timothy J. Sostrin