UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JUANA MELGOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08-CV-486 CAS |
| | ) | |
| GC SERVICES, LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Upon stipulation of the parties,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to pay its own attorneys' fees and costs.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ___21st___ day of April, 2009.